**LINK:** 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-8214-GAF | Date | July 17, 2014 |
|---|---|---|---|
| Title | Francis A. Grandinetti v. United States of America | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **(In Chambers)**

This case has long been closed, but the Court has recently received a new document from Gradinetti, filed from his current location at the Saguaro Correctional Center, that is barely comprehensible.

The Court construes this document either as a motion for reconsideration of its prior dismissal of his habeas corpus petition, or a request to amend his prior pleading. Given that the Court entered judgment dismissing Gradinetti's petition in 2007, neither request would be timely. As such, they are **DENIED.**

**IT IS SO ORDERED.**